**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SALIM FORD,** | |
| **Petitioner,** | |
| **v.** | **CIVIL ACTION NO.  22-4987** |
| **KATHY BRITTAIN,** *et al.*, | |
| **Respondents.** | |

## ORDER

**AND NOW,** this 18th day of March 2026, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, Motion to Stay, and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, and for the reasons discussed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 72] is **APPROVED** and **ADOPTED** with limited exceptions, as set forth in the accompanying Memorandum Opinion;

2. The Motion to Stay [Doc. No. 62] is **DENIED**;

3. The Petition for Writ of Habeas Corpus [Doc. No. 2] and all supplements and amendments thereto are **DENIED**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.